# EXHIBIT "A"

## Ayishah Dennis, PH.D Plaintiff vs. SEG, Inc. Defendant

**Broward County Case Number:** CACE22011935
**State Reporting Number:** 062022CA011935AXXXCE
**Court Type:** Civil
**Case Type:** Other - Discrimination Employment or Other
**Incident Date:** N/A
**Filing Date:** 08/12/2022
**Court Location:** Central Courthouse
**Case Status:** Pending
**Magistrate Id / Name:** N/A
**Judge ID / Name:** 03 McCarthy, Barbara

### Party(ies)

Total: 2

| Party Type | Party Name | ❓ Address | ❓ Attorneys / Address ★ Denotes Lead Attorney |
|---|---|---|---|
| Plaintiff | **Dennis, PH.D, Ayishah** | | ★ Schofield, Arthur T Retained Bar ID: 984434 330 Clematis St Ste 207 West Palm Bch, FL 33401-0000 **Status: Active** |
| Defendant | **SEG, Inc.** | | |

### Disposition(s)

Total: 0

| Date | Statistical Closure(s) |
|---|---|

| Date | Disposition(s) | View | Page(s) |
|---|---|---|---|

### Event(s) & Document(s)

Total: 6

| Date | Description | Additional Text | View | Pages |
|------|-------------|-----------------|------|-------|
| 08/18/2022 | **Summons Returned Served** | 17th day of August, 2022<br>Party: *Defendant* SEG, Inc. | 📄 | 3 |
| 08/15/2022 | **eSummons Issuance** | Party: *Defendant* SEG, Inc. | 📄 | 2 |
| 08/12/2022 | **Clerk's Certificate of Compliance W-2020-73CIV/2020-74-UFC** | NONE | 📄 | 1 |
| 08/12/2022 | **Per AOSC20-23 Amd12, Case is determined General** | | | |
| 08/12/2022 | **Civil Cover Sheet** | Amount: $100,001.00 | 📄 | 3 |
| 08/12/2022 | **Complaint (eFiled)** | Party: *Plaintiff* Dennis, PH.D, Ayishah | 📄 | 4 |

---

— Hearing(s)                                                                     Total: 0

**There is no Disposition information available for this case.**

---

— Related Case(s)                                                                Total: 0

**There is no related case information available for this case.**

IN THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT, IN AND FOR
BROWARD COUNTY, FLORIDA

Case No.:

AYISHAH DENNIS, PH.D.,

     Plaintiff,

vs.

SEG, Inc., a foreign corporation,

     Defendant.

_____/

## COMPLAINT

Plaintiff AYISHAH DENNIS, PH.D. ("DENNIS"), by and through the undersigned counsel, files this Complaint against Defendant SEG, Inc. ("SEG") and alleges as follows:

### NATURE OF THE ACTION

1.    Plaintiff DENNIS, the former Principal of The Sagemont School, owned and operated by Defendant SEG, brings suit under the Florida Whistle Blower Act to redress the retaliatory actions Defendant SEG took towards her following her objection to SEG's violations of law, including but not limited to, Sections 1003.428(2)(c) and 1003.4282 of the Florida Statutes.

### JURISDICTION AND VENUE

2.    This is an action for damages exceeding $30,000.00.

3.    All material acts and occurrences described herein took place in Broward County, Florida.

4.    Plaintiff DENNIS was, at all times material hereto, a resident of Broward County, Florida.

5.    Defendant SEG is a foreign corporation operating in Broward County, Florida.

### FACTS

6.     Plaintiff DENNIS was employed by SEG in various capacities for twelve years. At the time of her termination of employment, Plaintiff DENNIS was serving as the Principal of The Sagemont School, a position she held for approximately two (2) years.

7.     In or around September 28, 2020 and again on May 24, 2021, a parent ("Parent") of a student at The Sagemont School, began demanding that his son be given preferential treatment to re-take certain tests, for unwarranted and unsupported changes in grades, and for an exemption from a State required course for graduation.

8.     Plaintiff DENNIS denied those demands as she knew and/or had a good faith reasonable belief that granting those demands was a violation of Florida law.

9.     Unsuccessful with Plaintiff DENNIS, Parent took his demands to the Head of The Sagemont School, Mellesia Nelson, who allowed for all of Parent's demands.

10.    Plaintiff DENNIS opposed the actions of Mrs. Nelson on both a professional and personal level.

11.    On May 24, 2021, the registrar for the Sagemont School, Maria Swanberg, sent an email to Parent requesting the grade for the mandatory Financial Literacy course taken with FLVS. Parent replied that his son was exempt from the course.

12.    Mrs. Swanberg then contacted Mrs. Nelson and Dr. Dennis asking if he was exempt from the course. Both Mrs. Nelson and Dr. Dennis responded that he was not.

13.    Later that week they met in Mrs. Swanberg's office and Dr. Dennis explicitly told Mrs. Nelson that she would not alter the transcript to state that the student was exempt from a class that was a graduation requirement. Mrs. Swanberg added that it was not ethical to give him credit for a class that he did not take.

14.    Mrs. Nelson expressed concern that Parent would cause problems for the school in the community if they did not allow his son to graduate. Dr. Dennis also reported the incident to Melanie Taplin, the then Regional Director.

15.    On or about April 6, 2022 Plaintiff DENNIS was terminated from her employment after serving twelve (12) years.

16.     Florida Statute 1003.4282 provides:

Requirements for a standard high school diploma.—

(1)   TWENTY-FOUR CREDITS REQUIRED

(a)   Beginning with students entering grade 9 in the 2013-2014 school year, receipt of a standard high school diploma requires successful completion of 24 credits, an International Baccalaureate curriculum, or an Advanced International Certificate of Education curriculum.

17.     SEG, at the Sagemont School, followed the 24-credit state requirement and further required the successful completion of Financial Literacy for graduation.

18.     Further, Florida Statute 1003.428(2)(c) which requires all students to take an online course.

19.     The student at issue did not take the Financial Literacy course and therefore did not meet the requirements for graduation and, upon information and belief, did not have the 24 credits required for graduation.

20.     DENNIS has retained the undersigned law firm and agreed to pay a reasonable fee for legal services and representation through the litigation.

21.     All conditions precedent have been satisfied and/or waived.

### COUNT I
### (Violation of the Florida Whistle Blower Act)

22.     Plaintiff DENNIS realleges and adopts by reference ¶¶ 1-20 as if fully set forth herein.

23.     Plaintiff DENNIS engaged in legally protected activity pursuant to the Florida Whistle Blower Act, Section 448.102(3) of the Florida Statues, when she objected and/or refused to participate in activities, practices and/or policies of SEG that violated the law and/or that she had a good-faith reasonable belief violated the law, including but not limited to Sections 1003.428(2)(c) and 1003.4282 of the Florida Statutes.

24.     In response to Plaintiff DENNIS's legally protected activity, SEG took retaliatory adverse employment actions by terminating her from her employment.

25.     As a result of the retaliatory adverse employment actions, Plaintiff DENNIS lost wages and the other benefits associated with her employment at SEG. She also suffered

non-economic damages such as humiliation, embarrassment and emotional pain and suffering.

WHEREFORE, Plaintiff DENNIS demands judgment against SEG for lost wages and benefits associated with her employment, actual damages, compensatory/non-economic damages, attorney's fees and costs, injunctive relief, and any such other relief this Court deems proper.

### DEMAND FOR TRIAL BY JURY

Pursuant to Fla.R.Civ.P. 1.430(b), Plaintiff DENNIS hereby demands a trial by jury on all issues triable of right by a jury.

/s/ Arthur Schofield, Esq.
ARTHUR T. SCHOFIELD, P.A.
Via Jardin Building
330 Clematis Street, Suite 207
West Palm Beach, Florida 33401
Telephone: (561) 655-4211
Facsimile: (561) 655-5447
Fla. Bar No. 984434
E-mail: aschofield@flalabor.com

ATTORNEY FOR PLAINTIFF

AUG 1 7 2022

Case 0:22-cv-61662-RKA Document 1-2 Entered on FLSD Docket 09/06/2022 Page 9 of 26

**FORM 1.997.    CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

**I.    CASE STYLE**

IN THE CIRCUIT/COUNTY COURT OF THE <u>SEVENTEENTH</u>  JUDICIAL CIRCUIT,
IN AND FOR <u>BROWARD</u>   COUNTY, FLORIDA

<u>Ayishah Dennis, PH.D</u>
Plaintiff

Case # _____
Judge _____

vs.

<u>SEG, Inc.</u>
 Defendant

**II.    AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐  $8,000 or less
☐  $8,001 - $30,000
☐  $30,001- $50,000
☐  $50,001- $75,000
☐  $75,001 - $100,000
☒  over $100,000.00

**III.    TYPE OF CASE**      (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 1 -

# IN THE CIRCUIT COURT OF THE 17ᵀᴴ JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

Ayishah Dennis, PHD
_____
Plaintiff

Case No:_____ 22 -11935 _____

Judge Division:_____ 03 _____

VS

SEG, Inc .
_____
Defendant

FILED
AUG 12 2022
By_____

## CLERK'S CERTIFICATE OF COMPLIANCE

I hereby certify that pursuant to Administrative Order, No. 2020-73Civ/2020-74-UFC: **"ADMINISTRATIVE ORDER DIRECTING CLERK OF COURTS WITH REGARD TO DISMISSED CIVIL OR FAMILY CASES",**

**The Clerk has conducted a search for all previous existing civil cases related to these two parties.**

**Listed below are all the aforementioned related cases:**

NONE

Brenda D. Forman
Circuit and County Courts

By:_____
Deputy Clerk

NOT AN OFFICIAL COPY – PUBLIC ACCESS – NOT AN OFFICIAL COPY

IN THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

Case No.: CACE-22-011935 Div. 03

AYISHAH  DENNIS, PH.D.,

     Plaintiff,

vs.

SEG., INC., a Foreign corporation,               **SUMMONS**

     Defendant.

_____/

THE STATE OF FLORIDA:

To Each Sheriff of the State:

**YOU ARE COMMANDED** to serve this summons and a copy of the complaint or petition in this action on Defendant:

**SEG, INC.,**
**a Foreign corporation,**
By Service Upon:
Registered Agent
CORPORATE CREATIONS NETWORK, INC.
801 US Highway 1
North Palm Beach, Florida 33408

Defendant is required to serve written defenses to the complaint or petition on PLAINTIFF'S ATTORNEY **Arthur Schofield, Esq., Florida Bar No. 984434, ARTHUR T. SCHOFIELD, P.A., Via Jardin Building, Suite 207, 330 Clematis Street, West Palm Beach, FL 33401, Tel:  (561) 655-4211 Fax: (561) 655-5447** within 20 days after service of this summons on that respondent, exclusive of the day of service, and to file the original of the defenses with the Clerk of this court either before service on petitioner's attorney or immediately thereafter.  If respondent fails to do so, a default will be entered against that respondent for the relief demanded in the complaint or petition.

As Clerk of Said Court

AUG 15 2022

By:_____

Deputy Clerk

[Court Seal]

BRENDA D. FORMAN

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance.  Please contact the A.D.A. Coordinator in the Administrative Office of the Court, 205 North Dixie Highway, Room 5.2500, West Palm Beach, FL 33401, Telephone number (561) 355-2431, within two (2) working days of your receipt of this Summons.  If you are hearing or voice impaired, please call 1-880-955-8771.**

## IMPORTANT

A lawsuit has been filed against you.  You have twenty (20) calendar days after this summons is served on you to file a written response to the attached complaint with the Clerk of the Court.  A phone call will not protect you.  Your written response, including the case number given above and the names of the parties must be filed if you want the Court to hear your side of the case.  If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court.  There are other legal requirements.  You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must mail or take a copy of your written response to the attorney named above.

## IMPORTANTE

Usted ha sido demandado legalmente.  Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefonica no lo protegera.  Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales, Si lo desea, puede usted consultar a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORANT

Des poursuites judiciares ont ete entreprises contre vous, Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal.  Un simple coup de telephone est insuffisant pour vous proteger.  Vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause.  Si vous ne deposez pas votre response ecrite dans le relai requis, vous risquez de pendre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis alterieur du tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expendier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.



**Corporate Creations Network Inc.**
801 US Highway 1 North Palm Beach, FL 33408

SEG Inc.                                                        08/17/2022
Gayle Jacob
Spring Education Group
17770 McLaughlin Court
Morgan Hill CA 95037

# SERVICE OF PROCESS NOTICE

The following is a courtesy summary of the enclosed document(s).  **ALL information should be verified by you.**

Item: 2022-28

Note: Any questions regarding the substance of the matter described below, including the status or how to respond, should be directed to the contact set forth in line 12 below or to the court or government agency where the matter is being heard. IMPORTANT: All changes or updates to the SOP contact individuals or their contact information must be submitted in writing to SOPcontact@corpcreations.com. Any changes will become effective upon written confirmation of Corporate Creations.

| | | |
|---|---|---|
| 1. | **Entity Served:** | SEG Inc. |
| 2. | **Title of Action:** | Ayishah Dennis, PH.D. vs. SEG, Inc. |
| 3. | **Document(s) Served:** | Summons<br>Form 1.997. Civil Cover Sheet<br>Complaint |
| 4. | **Court/Agency:** | Broward County 17th Judicial Circuit Court |
| 5. | **State Served:** | Florida |
| 6. | **Case Number:** | CACE-22-011935 |
| 7. | **Case Type:** | Violation of the Florida Whistle Blower Act |
| 8. | **Method of Service:** | Hand Delivered |
| 9. | **Date Received:** | Wednesday 08/17/2022 |
| 10. | **Date to Client:** | Wednesday 08/17/2022 |
| 11. | **# Days When Answer Due<br>Answer Due Date:** | 20<br>Tuesday 09/06/2022 | <span style="color:red">CAUTION:</span> Client is solely responsible for verifying the accuracy of the estimated Answer Due Date. To avoid missing a crucial deadline, we recommend immediately confirming in writing with opposing counsel that the date of the service in their records matches the Date Received. |
| 12. | **Sop Sender:**<br>(Name, City, State, and Phone Number) | Arthur Schofield, Esq.<br>West Palm Beach, FL<br>(561) 655-4211 |
| 13. | **Shipped To Client By:** | Email Only with PDF Link |
| 14. | **Tracking Number:** | |
| 15. | **Handled By:** | 101 |
| 16. | **Notes:** | |

NOTE: This notice and the information above is provided for general informational purposes only and should not be considered a legal opinion. The client and their legal counsel are solely responsible for reviewing the service of process and verifying the accuracy of all information.  At Corporate Creations, we take pride in developing systems that effectively manage risk so our clients feel comfortable with the reliability of our service. We always deliver service of process so our clients avoid the risk of a default judgment. As registered agent, our role is to receive and forward service of process. To decrease risk for our clients, it is not our role to determine the merits of whether service of process is valid and effective.  It is the role of legal counsel to assess whether service of process is invalid or defective. Registered agent services are provided by Corporate Creations Network Inc.

Filing # 155298236 E-Filed 08/15/2022 10:48:24 AM

IN THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

Case No.: CACE-22-011935 Div. 03

AYISHAH DENNIS, PH.D.,

     Plaintiff,

vs.

SEG, INC., a Foreign corporation,                        **SUMMONS**

     Defendant.

_____/

THE STATE OF FLORIDA:

To Each Sheriff of the State:

8\17\22
1000a
PS CPS 210

**YOU ARE COMMANDED** to serve this summons and a copy of the complaint or petition in this action on Defendant:

**SEG, INC.,**
**a Foreign corporation,**
By Service Upon:
Registered Agent
CORPORATE CREATIONS NETWORK, INC.
801 US Highway 1
North Palm Beach, Florida 33408

Defendant is required to serve written defenses to the complaint or petition on PLAINTIFF'S ATTORNEY **Arthur Schofield, Esq., Florida Bar No. 984434, ARTHUR T. SCHOFIELD, P.A., Via Jardin Building, Suite 207, 330 Clematis Street, West Palm Beach, FL 33401, Tel: (561) 655-4211 Fax: (561) 655-5447** within 20 days after service of this summons on that respondent, exclusive of the day of service, and to file the original of the defenses with the Clerk of this court either before service on petitioner's attorney or immediately thereafter. If respondent fails to do so, a default will be entered against that respondent for the relief demanded in the complaint or petition.

As Clerk of Said Court

AUG 15 2022

By:_____
Deputy Clerk

[Court Seal]

**BRENDA D. FORMAN**

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the A.D.A. Coordinator in the Administrative Office of the Court, 205 North Dixie Highway, Room 5.2500, West Palm Beach, FL 33401, Telephone number (561) 355-2431, within two (2) working days of your receipt of this Summons. If you are hearing or voice impaired, please call 1-880-955-8771.

## IMPORTANT

A lawsuit has been filed against you. You have twenty (20) calendar days after this summons is served on you to file a written response to the attached complaint with the Clerk of the Court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must mail or take a copy of your written response to the attorney named above.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales, Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORANT

Des poursuites judiciares ont ete entreprises contre vous, Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre response ecrite dans le relai requis, vous risquez de pendre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis alterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expendier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

**FORM 1.997.   CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

### I.   CASE STYLE

IN THE CIRCUIT/COUNTY COURT OF THE SEVENTEENTH   JUDICIAL CIRCUIT,
IN AND FOR BROWARD   COUNTY, FLORIDA

Ayishah Dennis, PH.D
Plaintiff

Case # _____
Judge _____

vs.
SEG, Inc.
Defendant

### II.   AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐ $8,000 or less
☐ $8,001 - $30,000
☐ $30,001- $50,000
☐ $50,001- $75,000
☐ $75,001 - $100,000
☒ over $100,000.00

### III.   TYPE OF CASE   (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 1 -

## CIRCUIT CIVIL

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☐ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐ Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☒ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☒ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

## COUNTY CIVIL

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.**    **REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☒ Nonmonetary declaratory or injunctive relief;
☒ Punitive

**V.**    **NUMBER OF CAUSES OF ACTION:** [   ]
(Specify)

   1

**VI.**   **IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐ yes
    ☒ no

**VII.**   **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒ no
    ☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.**  **IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒ yes
    ☐ no

**IX.**   **DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**
    ☐ yes
    ☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ Arthur T Schofield         Fla. Bar # 984434
        Attorney or party                      (Bar # if attorney)

Arthur T Schofield                 08/12/2022
(type or print name)            Date

- 3 -

IN THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT, IN AND FOR
BROWARD COUNTY, FLORIDA

Case No.:

AYISHAH DENNIS, PH.D.,

       Plaintiff,

vs.

SEG, Inc., a foreign corporation,

       Defendant.

_____/

## COMPLAINT

Plaintiff AYISHAH DENNIS, PH.D. ("DENNIS"), by and through the undersigned counsel, files this Complaint against Defendant SEG, Inc. ("SEG") and alleges as follows:

### NATURE OF THE ACTION

1.     Plaintiff DENNIS, the former Principal of The Sagemont School, owned and operated by Defendant SEG, brings suit under the Florida Whistle Blower Act to redress the retaliatory actions Defendant SEG took towards her following her objection to SEG's violations of law, including but not limited to, Sections 1003.428(2)(c) and 1003.4282 of the Florida Statutes.

### JURISDICTION AND VENUE

2.     This is an action for damages exceeding $30,000.00.

3.     All material acts and occurrences described herein took place in Broward County, Florida.

4.     Plaintiff DENNIS was, at all times material hereto, a resident of Broward County, Florida.

5.     Defendant SEG is a foreign corporation operating in Broward County, Florida.

### FACTS

ARTHUR T. SCHOFIELD, P.A. | Via Jardin | 330 Clematis Street | Suite 207 | West Palm Beach, FL 33401
(561) 655-4211 | Facsimile (561) 655-5447
www.flalabor.com

6.    Plaintiff DENNIS was employed by SEG in various capacities for twelve years. At the time of her termination of employment, Plaintiff DENNIS was serving as the Principal of The Sagemont School, a position she held for approximately two (2) years.

7.    In or around September 28, 2020 and again on May 24, 2021, a parent ("Parent") of a student at The Sagemont School, began demanding that his son be given preferential treatment to re-take certain tests, for unwarranted and unsupported changes in grades, and for an exemption from a State required course for graduation.

8.    Plaintiff DENNIS denied those demands as she knew and/or had a good faith reasonable belief that granting those demands was a violation of Florida law.

9.    Unsuccessful with Plaintiff DENNIS, Parent took his demands to the Head of The Sagemont School, Mellesia Nelson, who allowed for all of Parent's demands.

10.    Plaintiff DENNIS opposed the actions of Mrs. Nelson on both a professional and personal level.

11.    On May 24, 2021, the registrar for the Sagemont School, Maria Swanberg, sent an email to Parent requesting the grade for the mandatory Financial Literacy course taken with FLVS. Parent replied that his son was exempt from the course.

12.    Mrs. Swanberg then contacted Mrs. Nelson and Dr. Dennis asking if he was exempt from the course. Both Mrs. Nelson and Dr. Dennis responded that he was not.

13.    Later that week they met in Mrs. Swanberg's office and Dr. Dennis explicitly told Mrs. Nelson that she would not alter the transcript to state that the student was exempt from a class that was a graduation requirement. Mrs. Swanberg added that it was not ethical to give him credit for a class that he did not take.

14.    Mrs. Nelson expressed concern that Parent would cause problems for the school in the community if they did not allow his son to graduate. Dr. Dennis also reported the incident to Melanie Taplin, the then Regional Director.

15.    On or about April 6, 2022 Plaintiff DENNIS was terminated from her employment after serving twelve (12) years.

16.     Florida Statute 1003.4282 provides:

Requirements for a standard high school diploma.—

(1)   TWENTY-FOUR CREDITS REQUIRED

(a)   Beginning with students entering grade 9 in the 2013-2014 school year, receipt of a standard high school diploma requires successful completion of 24 credits, an International Baccalaureate curriculum, or an Advanced International Certificate of Education curriculum.

17.     SEG, at the Sagemont School, followed the 24-credit state requirement and further required the successful completion of Financial Literacy for graduation.

18.     Further, Florida Statute 1003.428(2)(c) which requires all students to take an online course.

19.     The student at issue did not take the Financial Literacy course and therefore did not meet the requirements for graduation and, upon information and belief, did not have the 24 credits required for graduation.

20.     DENNIS has retained the undersigned law firm and agreed to pay a reasonable fee for legal services and representation through the litigation.

21.     All conditions precedent have been satisfied and/or waived.

## COUNT I
### (Violation of the Florida Whistle Blower Act)

22.     Plaintiff DENNIS realleges and adopts by reference ¶¶ 1-20 as if fully set forth herein.

23.     Plaintiff DENNIS engaged in legally protected activity pursuant to the Florida Whistle Blower Act, Section 448.102(3) of the Florida Statues, when she objected and/or refused to participate in activities, practices and/or policies of SEG that violated the law and/or that she had a good-faith reasonable belief violated the law, including but not limited to Sections 1003.428(2)(c) and 1003.4282 of the Florida Statutes.

24.     In response to Plaintiff DENNIS's legally protected activity, SEG took retaliatory adverse employment actions by terminating her from her employment.

25.     As a result of the retaliatory adverse employment actions, Plaintiff DENNIS lost wages and the other benefits associated with her employment at SEG. She also suffered

non-economic damages such as humiliation, embarrassment and emotional pain and suffering.

WHEREFORE, Plaintiff DENNIS demands judgment against SEG for lost wages and benefits associated with her employment, actual damages, compensatory/non-economic damages, attorney's fees and costs, injunctive relief, and any such other relief this Court deems proper.

## DEMAND FOR TRIAL BY JURY

Pursuant to Fla.R.Civ.P. 1.430(b), Plaintiff DENNIS hereby demands a trial by jury on all issues triable of right by a jury.

/s/ Arthur Schofield, Esq.
ARTHUR T. SCHOFIELD, P.A.
Via Jardin Building
330 Clematis Street, Suite 207
West Palm Beach, Florida 33401
Telephone: (561) 655-4211
Facsimile: (561) 655-5447
Fla. Bar No. 984434
E-mail: aschofield@flalabor.com

ATTORNEY FOR PLAINTIFF

AUG 1 7 2022

Case 0:22-cv-61662-RKA   Document 1-2   Entered on FLSD Docket 09/06/2022   Page 24 of 26

## RETURN OF SERVICE

| State of Florida | County of Broward | Circuit Court |
|---|---|---|

Case Number: CACE-22-011935

Plaintiff:
**Ayishah Dennis, Ph.D**
vs.
Defendant:
**SEG, Inc.**

For:
Arthur T. Schofield, Esquire
Arthur T. Schofield, P.A.
Via Jardin Building, Suite 207
330 Clematis Street
West Palm Beach, FL  33401

Received by PAUL SCHOLTES, PI, INC. on the 15th day of August, 2022 at 3:25 pm to be served on **SEG, INC. C/O CORPORATE CREATIONS NETWORK, INC., REGISTERED AGENT, 801 U.S. HIGHWAY ONE, NORTH PALM BEACH, FL 33408**.

I, Paul Scholtes, do hereby affirm that on the **17th day of August, 2022** at **10:00 am, I:**

Served the within named **Corporation, LLC, LLP, PLLC, PLC or LLLP** by delivering a true copy of the **Summons, Civil Cover Sheet, Complaint** with the date and hour of service endorsed thereon by me to **CORPORATE CREATIONS NETWORK, INC.** as **Registered Agent Company at 801 U.S. HIGHWAY ONE, NORTH PALM BEACH, FL 33408** by serving **JANESSA BASALLO** as **ADMINISTRATIVE ASSISTANT** who was authorized and designated to accept service as a representative of the Registered Agent company.

**Description** of Person Served:  Age: 26,  Sex: F,  Race/Skin Color: White,  Height: 5'2,  Weight: 105,  Hair: Black,  Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served. Under penalties of perjury, I declare that I have read the foregoing document and the facts stated are true.I further certify that if served, I placed the time, date and my initials on the pleading served pursuant to state statutes.If service originates in Florida, no Notary required pursuant to F.S. 92.525.

**Paul Scholtes**
CPS-210

**PAUL SCHOLTES, PI, INC.**
**5500 Military Trail**
**Suite 22-316**
**Jupiter, FL 33458**
**(561) 385-8163**
Our Job Serial Number: PSP-2022000722

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

IN THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

Case No.: CACE-22-011935 Div. 03

AYISHAH  DENNIS, PH.D.,

        Plaintiff,

vs.

SEG, INC., a Foreign corporation,                **SUMMONS**

        Defendant.                                *Janessa Besello*
_____/                 *CW CST*
                                                  *8/17/22 1000am*
THE STATE OF FLORIDA:                             *PS CPS 210*
                                                  *26 v/F 5 2 105 BIK*
To Each Sheriff of the State:                     *no 1*

**YOU ARE COMMANDED** to serve this summons and a copy of the complaint or petition in this action
on Defendant:

**SEG, INC.,**
**a Foreign corporation,**
By Service Upon:
Registered Agent
CORPORATE CREATIONS NETWORK, INC.
801 US Highway 1
North Palm Beach, Florida 33408

Defendant is required to serve written defenses to the complaint or petition on PLAINTIFF'S ATTORNEY
**Arthur Schofield, Esq., Florida Bar No. 984434, ARTHUR T. SCHOFIELD, P.A., Via Jardin
Building, Suite 207, 330 Clematis Street, West Palm Beach, FL 33401, Tel:  (561) 655-4211
Fax: (561) 655-5447** within 20 days after service of this summons on that respondent, exclusive of the
day of service, and to file the original of the defenses with the Clerk of this court either before service on
petitioner's attorney or immediately thereafter.  If respondent fails to do so, a default will be entered against
that respondent for the relief demanded in the complaint or petition.

                                        As Clerk of Said Court

            AUG 15 2022

                                        By:_____
    [Court Seal]                            Deputy Clerk

                                        **BRENDA D. FORMAN**

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the A.D.A. Coordinator in the Administrative Office of the Court, 205 North Dixie Highway, Room 5.2500, West Palm Beach, FL 33401, Telephone number (561) 355-2431, within two (2) working days of your receipt of this Summons. If you are hearing or voice impaired, please call 1-880-955-8771.**

## IMPORTANT

A lawsuit has been filed against you. You have twenty (20) calendar days after this summons is served on you to file a written response to the attached complaint with the Clerk of the Court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must mail or take a copy of your written response to the attorney named above.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 días, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales, Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORANT

Des poursuites judiciares ont ete entreprises contre vous, Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre response ecrite dans le relai requis, vous risquez de pendre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis alterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expendier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.