UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-61662-ALTMAN/Hunt

**AYISHAH DENNIS PH.D.**,

    *Plaintiff*,

v.

**SEG, INC.**,

    *Defendant*.

_____/

## ORDER

The parties have filed a Joint Stipulation of Dismissal with Prejudice [ECF No. 12] under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). After careful review, we **ORDER AND ADJUDGE** that this matter is **DISMISSED with prejudice**. Each party shall bear its own fees and costs. This case shall remain **CLOSED**. All hearings and deadlines are **TERMINATED** and all pending motions are **DENIED as moot**.

**DONE AND ORDERED** in the Southern District of Florida on March 10, 2023.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record